JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 5:22-cv-00117-ODW (SHKx) | Date | July 21, 2022 |
|---|---|---|---|
| Title | *Tony Speed v. City of Moreno Valley* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**     **Order DISMISSING § 1981 Claim WITH PREJUDICE, DECLINING Supplemental Jurisdiction, and REMANDING case**

     On June 29, 2022, the Court granted in part and denied in part Defendant's Motion to Dismiss Plaintiff's First Amended Complaint. (Order, ECF No. 17.) The Court dismissed Plaintiff's 42 U.S.C. § 1981 claim with leave to amend and deferred ruling on Plaintiff's state-law claims. (*Id.* at 13.) The Court provided Plaintiff with twenty-one days to prepare and file an amended pleading and indicated that "[i]f Plaintiff does not amend, then as of the lapse of the deadline to amend, the dismissal of the § 1981 claim shall convert to a dismissal with prejudice, in which case the Court will remand the state-law claims without further notice." (*Id.*)

///

///

///

///

///

Pursuant to the Order, Plaintiff's deadline to file an amended complaint was July 20, 2022. As of today's date, however, Plaintiff has not filed an amended complaint. Thus, in accordance with the Order, the Court **DISMISSES** Plaintiff's § 1981 claim **WITH PREJUDICE**. Moreover the Court **DECLINES** to exercise supplemental jurisdiction over Plaintiff's state-law claims and accordingly **REMANDS** this action to the Superior Court of California, County of Riverside, 4050 Main Street, Riverside, CA 92501, Case No. CIVRI2104607. (*Id.*); *Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343, 350 n.7 (1988). All dates and deadlines in this matter are **VACATED**. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                      _____ : __00__

Initials of Preparer   SE